UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abulghaith Nagi, d.b.a. Quin's Deli Grocery <br><br> Plaintiff <br><br> v. <br><br> Thomas Vilsack, Secretary, U.S. Department of Agriculture <br><br> Defendant | Civil Case No.: <br> 1:15 – cv – 757 <br> (FJS/CFH) <br><br> **ORDER** |

### Order Staying Suspension

Upon the Order to Show Cause and supporting documents filed by Plaintiff, and upon the telephone conference this afternoon with counsel for both parties having appeared before this Court, and furthermore upon a finding that the Defendant does not oppose the granting of a stay in this matter, this Court finds that Plaintiff has met the statutory requirements for a stay of the suspension under 7 U.S.C. §2023(a)(17). Accordingly the suspension set forth in Defendant's Final Agency Decision dated May 20, 2015 in the above referenced matter is hereby stayed during the pendency of any judicial review, or any appeal therefrom.

**So Ordered:**

Dated: July 28, 2015
Syracuse, New York

_____
Hon. Frederick J. Scullin, Jr.
Senior U.S. District Judge